**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**
-------------------------------------------------------------- x
ELIZE SANCHEZ, on behalf of herself
and the class defined herein,

                              Plaintiff,

v.                                              **COMPLAINT-CLASS     ACTION**
                                                **JURY TRIAL DEMANDED**


VELOCITY INVESTMENTS, L.L.C.; and
MCCULLOUGH PAYNE & HAAN, LLC


                              Defendants. :
-------------------------------------------------------------- x

## INTRODUCTION

1.      Plaintiff, Elize Sanchez ("Plaintiff"), brings this action to secure redress against unlawful collection practices. The defendants are collection law firm McCullough Payne & Haan, LLC (McCullough) and debt collector Velocity Investments, L.L.C. ("Velocity"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

2.      The FDCPA broadly prohibits unfair or unconscionable collection methods; conduct which harasses, oppresses or abuses any debtor; and any false, deceptive or misleading statements, in connection with the collection of a debt; the FDCPA also requires debt collectors to give debtors certain information. 15 U.S.C. §§1692d, 1692e, 1692f and 1692g.

1

## JURISDICTION AND VENUE

3.      This Court has jurisdiction under §1692k (FDCPA).

4.      Venue in this District is proper because the collection communication that is the subject of this lawsuit was received in this District.

## PARTIES

5.      Plaintiff is an individual and a natural person and a "consumer" as defined by the FDCPA.

6.      Defendant Velocity Investments, L.L.C. is a New Jersey foreign limited liability company with a service address of c/o Corporation Service Company at 40 Technology Parkway South Suite 300, Norcross, GA 30092.

7.      According to Velocity's website as of September 2, 2015, http://velocityrecoveries.com/, Velocity is an "accounts receivable management company" or in other words a debt collection company.

8.      Velocity is a "debt collector" as defined by the FDCPA.

9.      Defendant McCullough is a Georgia limited liability company with a service address of 271 17th Street, NW, Suite 2200, Atlanta, GA 30363.

10.     According to McCullough's website as of September 2, 2015

http://mphlaw.thelawlinks.com/, McCullough "represents national and international business clients in courts across the nation in general matters and commercial and retail collections."

11.    McCullough is a "debt collector" as defined by the FDCPA.

### FACTS RELATING TO PLAINTIFF

12.    Shortly after July 27, 2015, plaintiff received in the mail the document attached to this Complaint. See **Exhibit A**.

13.    **Exhibit A** was a letter seeking to collect an alleged debt incurred for personal, family or household purposes and not for business purposes.

14.    **Exhibit A** was the first collection communication plaintiff received from Defendants.

15.    On information and belief, **Exhibit A** is a form document.

16.    **Exhibit A** does not state the "current creditor" or "creditor".

17.    In five separate places **Exhibit A** refers to an entity named "Velocity Investments, LLC AAO TD BANK NORTH, NA". On information and belief there is no such entity.

18.    A search in the search engine Google for the letters "AAO" on September 2, 2015 returned on the first page of results American Academy of: Ophthalmology, Optometry and Osteopathy as well as the Administrative Appeals Office. The

search shed no light on what the letters AAO mean in conjunction with the entity "Velocity Investments, LLC AAO TD BANK NORTH, NA."

19.    The least sophisticated consumer would be unable to determine the name of the current creditor based on **Exhibit A**.

## COUNT I – FDCPA

20.    Plaintiff incorporates all of the above paragraphs as though fully stated herein.

21.    Defendants violated 15 U.S.C. §1692e and 1692g.

22.    Section 1692e requires debt collectors to refrain from making false deceptive or misleading representations.

23.    By stating that Velocity Investments, LLC AAO TD BANK NORTH, NA is being represented by McCullough and by saying that Plaintiff has an account with and is indebted to Velocity Investments, LLC AAO TD BANK NORTH, NA when Velocity Investments, LLC AAO TD BANK NORTH, NA is a nonexistent entity, McCullough made a false, deceptive and misleading representation.

24.    Section 1692g provides:

**§ 1692g. Validation of debts**

**(a) Notice of debt; contents. Within five days after the initial communication with a consumer in connection with the collection of any debt, a debt collector**

**shall, unless the following information is contained in the initial communication or the consumer has paid the debt, send the consumer a written notice containing--**

**(1) the amount of the debt;**

**(2) the name of the creditor to whom the debt is owed;**

**…….**

25.     Defendants violated 1692g(a)(2) because they failed to state the name of the current creditor.

26.     Defendants are liable to the plaintiff for statutory damages pursuant to §1692k.

## CLASS ALLEGATIONS

27.     Plaintiff brings this action on behalf of a class, pursuant to Fed. R.Civ.P. 23(a) and (b)(3).

28.     The class consists of all natural persons with a Georgia addresses who were sent a document in the form represented by Exhibit A seeking to collect a debt incurred for personal purposes with the words "Velocity Investments, LLC AAO"." above the words "TD BANK NORTH, NA" on or after a date one year prior to the filing of this action.

29.     The class members are so numerous that joinder is impracticable.

30.     On information and belief, there are more than 50 natural persons with a Georgia address who were sent a document in the form represented by Exhibit A on or after a date one year prior to the filing of this action.

31.     There are questions of law and fact common to the class members, which common questions predominate over any questions that affect only individual class members. The predominant common question is whether Exhibit A conveys to the least sophisticated consumer the name of the creditor to whom the debt is owed.

32.     Plaintiff's claim is typical of the claims of the class members. All are based on the same factual and legal theories.

33.     Plaintiff will fairly and adequately represent the interests of the class members. Plaintiff has retained counsel experienced in consumer credit and debt collection abuse cases.

34.     A class action is superior to other alternative methods of adjudicating this dispute. Individual cases are not economically feasible. Many debtors may not realize that their rights are violated.

35.     Plaintiff requests a jury trial pursuant to Rule 38.

WHEREFORE, plaintiff requests that the Court enter judgment in favor of plaintiff and the class members and against defendants for:

(1) Statutory damages;

(2) Attorney's fees, litigation expenses and costs of suit;

(3) Such other or further relief as the Court deems proper.

Dated: September 2, 2015 in Atlanta, GA

                         *_/s Shimshon Wexler*
                         Shimshon Wexler (GA Bar No. 436163)
                         THE LAW OFFICES OF SHIMSHON WEXLER, P.C.
                         1411 Dalewood Dr NE
                         Atlanta, GA 30329
                         (212) 760-2400
                         (917) 512-6132 (FAX)
                         swexleresq@gmail.com

7

# EXHIBIT A

# McCULLOUGH  PAYNE & HAAN, LLC
### ATTORNEYS AT LAW

JOHN G. McCULLOUGH
MICHAEL D. PAYNE (ADM. GA & TN)
GREGSON T. HAAN
LISA RITCHEY CRAIG (ADM. GA TN & FL)
DANIEL F. BRIDGERS
CHRISTOPHER J. READING
JEREMY T. McCULLOUGH (ADM GA & IL)
ANNE T. WISE
J. CURTIS TOOTLE, JR.
JAMES G. WHIDDON, III (ADM GA & AL)
PAUL A. GALLO

OF COUNSEL:
RICHARD J. JOSEPH

271 17TH STREET, N. W.
SUITE 2200
ATLANTA, GEORGIA 30363-6213
TELEPHONE (404) 873-1386
TOLL FREE 1-888-383-8938
FACSIMILE (404) 875-4817

ALABAMA OFFICE
825 39th STREET SOUTH
SUITE D
BIRMINGHAM, AL 35222
TOLL FREE 1-888-383-8938
FACSIMILE (404) 875-4817

TENNESSEE OFFICE
141 UNIVERSITY AVENUE
POST OFFICE BOX 3269
SEWANEE, TN 37375
TOLL FREE 1-888-383-8938
FACSIMILE (404) 875-4817

July 27, 2015

ELIZE CRISTINE SANCHEZ

Re:   **Velocity Investments, LLC AAO**
      **TD BANK NORTH, NA**
      **Account Number: *********

      **Amount Due**
      **MP&H File 1**

Dear Sir/Madam:

This law firm represents **Velocity Investments, LLC AAO TD BANK NORTH, NA** . Your account with **Velocity Investments, LLC AAO TD BANK NORTH, NA** has been turned over to this law firm. No attorney at this firm has personally reviewed the circumstances of your account. You are indebted to **Velocity Investments, LLC AAO TD BANK NORTH, NA** in the above amount.

**Notice pursuant to Fair Debt Collection Practices Act** (15 U.S.C. §1692 et seq.): You have thirty (30) days to dispute the validity of this debt. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by the debt collector. If you notify this law firm in writing within thirty (30) days that this debt is wholly or partially disputed, we will provide you with a verification of this debt. Upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from **Velocity Investments, LLC AAO TD BANK NORTH, NA** .

Please contact this office if you wish to discuss a reasonable payment arrangement or settlement of this debt or if you have any questions regarding this matter. **Any correspondence or payments on this account should be mailed to the above address with the MP&H File Number noted thereon.**

The purpose of this communication is to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. Your cooperation is appreciated.

MCCULLOUGH PAYNE & HAAN, LLC