IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ELIZE SANCHEZ, on behalf of herself and the class defined herein,** ) ) ) **Plaintiff,** ) ) ) **v.** ) ) ) **VELOCITY INVESTMENTS, L.L.C.;** ) **and MCCULLOUGH PAYNE &** ) **HAAN, LLC,** ) ) **Defendants.** ) | **CIVIL ACTION NO.** **1:15-cv-3096** |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS**

COME NOW Defendants in the above-styled action, and, pursuant to local rule 3.3, file this, their Certificate of Interested Persons, showing the Court as follows:

1. The undersigned counsel of record for the parties to this action certify that the following is a complete list of all parties in this action:

   Plaintiff Elize Sanchez

   Defendant Velocity Investments, L.L.C.

   Defendant McCullough Payne & Haan, LLC

2. The undersigned further certify that the following is a full and complete list of all other persons, associations of persons, firms,

**partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate, or parent corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

ProAssurance Companies

**3. The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>**For the Plaintiff**</u>:
Shimshon Wexler

<u>**For the Defendants**</u>:
M. Elizabeth O'Neill
Kathryn S. Whitlock
HAWKINS, PARNELL, THACKSTON & YOUNG LLP

Submitted this 30th day of September, 2015.

                                        **HAWKINS PARNELL THACKSTON & YOUNG LLP**

                                        */s/ Kathryn S. Whitlock*

303 Peachtree Street, NE      M. Elizabeth O'Neill
Suite 4000                       Georgia Bar No. 058163
Atlanta, Georgia 30308        Kathryn S. Whitlock
T: (404) 614-7400             Georgia Bar No. 756233
F: (404) 614-7500
eoneill@hptylaw.com        COUNSEL FOR DEFENDANTS
kwhitlock@hptylaw.com

11279716v.1

# IN THE UNITED STATES DISTRICT COURT
# FOR NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ELIZE SANCHEZ, on behalf of herself and the class defined herein,** ) ) ) **Plaintiff,** ) ) **v.** ) ) **VELOCITY INVESTMENTS, L.L.C.; and MCCULLOUGH PAYNE & HAAN, LLC,** ) ) ) ) ) **Defendants.** ) | **CIVIL ACTION NO.** **1:15-cv-3096** |

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that *Defendants' Certificate of Interested Persons* complies with the font and point selections approved by the Court in Local Rule 5.1B in that it has been prepared in Times New Roman font, 14 point.

                                             **HAWKINS PARNELL**
                                               **THACKSTON & YOUNG LLP**

| | |
|---|---|
| 303 Peachtree Street, NE<br>Suite 4000<br>Atlanta, Georgia 30308-3243<br>T (404) 614-7400<br>F (404) 614-7500<br>kwhitlock@hptylaw.com | */s/ Kathryn S. Whitlock*<br>Kathryn S. Whitlock<br>Georgia Bar No. 756233<br><br>COUNSEL FOR DEFENDANTS |

- 3 -

IN THE UNITED STATES DISTRICT COURT
FOR NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **ELIZE SANCHEZ, on behalf of herself and the class defined herein,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | **CIVIL ACTION NO.** |
| **v.** | ) ) | **1:15-cv-3096** |
| **VELOCITY INVESTMENTS, L.L.C.; and MCCULLOUGH PAYNE & HAAN, LLC,** | ) ) ) ) | |
| **Defendants.** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Defendants' Certificate of Interested Persons* was filed with the Clerk of Court using the CM/ECF system which will send notification to all parties of record.

This 30th day of September, 2015.

                                  **HAWKINS PARNELL
    THACKSTON & YOUNG LLP**

303 Peachtree Street, NE
Suite 4000
Atlanta, Georgia 30308-3243    */s/ Kathryn S. Whitlock*
T (404) 614-7400                        Kathryn S. Whitlock
F (404) 614-7500                        Georgia Bar No. 756233
kwhitlock@hptylaw.com

                                              Counsel for Defendants