```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
-----------------------------------------X
ELIZE SANCHEZ, individually and
on behalf of a class
                                              Case 1:15-cv-03096-LMM-WEJ
               Plaintiff,


       v.

VELOCITY INVESTMENTS, L.L.C.; and
MCCULLOUGH PAYNE & HAAN, LLC


               Defendants.
-----------------------------------------X
```

## PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Plaintiff Elize Sanchez ("Plaintiff" or "Sanchez") respectfully requests, pursuant to Fed. R. Civ. P. 23, that this Court enter an order determining that this action may proceed as a class action against Defendants Velocity Investments, L.L.C. ("Velocity") and McCullough Payne & Haan, LLC ("McCullough").

Plaintiff seeks to certify the following class:

All natural persons with a Georgia addresses who were sent a document in the form represented by Exhibit A to this motion seeking to collect a debt incurred for personal purposes with the words "Velocity Investments, LLC AAO" above the words "TD BANK NORTH, NA" on or after September 2, 2014.

Furthermore, Plaintiff requests that she be designated the class representative and that The Law Offices of Shimshon Wexler, PC be appointed as class counsel.

The basis and the reasons for this motion are fully stated in the supporting Memorandum along with counsel's declaration. This motion is being made pursuant to Fed. R. Civ. P. 23 and the Local Rules of this Court.

Dated: November 11, 2015

                              Respectfully Submitted,

                              /s/ Shimshon Wexler (Ga Bar No.436163)
                              The Law Offices of Shimshon Wexler, PC
                              315 W Ponce de Leon Ave Suite 250
                              Decatur, GA 30030
                              678-699-1938
                              678-609-1482 fax
                              swexleresq@gmail.com

**CERTIFICATE OF COMPLIANCE**

I hereby certify that 14 point Times New Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

*/s/ Shimshon Wexler*

Georgia Bar No. 436163

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2015, I served Plaintiff's motion for class certification by filing it through the CM/ECF system, which will send notification to all counsel of record in this action.

*/s/ Shimshon Wexler*

Georgia Bar No. 436163