# McCULLOUGH PAYNE & HAAN, LLC
ATTORNEYS AT LAW

271 17TH STREET, N. W.
SUITE 2200
ATLANTA, GEORGIA 30363-6213
TELEPHONE (404) 873-1386
TOLL FREE 1-888-383-8938
FACSIMILE (404) 875-4817

JOHN G. McCULLOUGH
MICHAEL D. PAYNE (ADM. GA & TN)
GREGSON T. HAAN
LISA RITCHEY CRAIG (ADM. GA TN & FL)
DANIEL F. BRIDGERS
CHRISTOPHER J. READING
JEREMY T. McCULLOUGH (ADM GA & IL)
ANNE T. WISE
J. CURTIS TOOTLE, JR.
JAMES G. WHIDDON, III (ADM GA & AL)
PAUL A. GALLO

OF COUNSEL:
RICHARD J. JOSEPH

ALABAMA OFFICE
825 39th STREET SOUTH
SUITE D
BIRMINGHAM, AL 35222
TOLL FREE 1-888-383-8938
FACSIMILE (404) 875-4817

TENNESSEE OFFICE
141 UNIVERSITY AVENUE
POST OFFICE BOX 3269
SEWANEE, TN 37375
TOLL FREE 1-888-383-8938
FACSIMILE (404) 875-4817

July 27, 2015

ELIZE CRISTINE SANCHEZ

Re:   **Velocity Investments, LLC AAO**
      **TD BANK NORTH, NA**
      Account Number: *********

      **Amount Due**
      **MP&H File** ]

Dear Sir/Madam:

This law firm represents **Velocity Investments, LLC AAO TD BANK NORTH, NA** . Your account with **Velocity Investments, LLC AAO TD BANK NORTH, NA** has been turned over to this law firm. No attorney at this firm has personally reviewed the circumstances of your account. You are indebted to **Velocity Investments, LLC AAO TD BANK NORTH, NA** in the above amount.

**Notice pursuant to Fair Debt Collection Practices Act** (15 U.S.C. §1692 et seq.):  You have thirty (30) days to dispute the validity of this debt. Unless you dispute the validity of this debt, or any portion thereof, within thirty (30) days after receipt of this notice, the debt will be assumed to be valid by the debt collector. If you notify this law firm in writing within thirty (30) days that this debt is wholly or partially disputed, we will provide you with a verification of this debt. Upon your written request within the thirty (30) day period, we will provide you with the name and address of the original creditor, if different from **Velocity Investments, LLC AAO TD BANK NORTH, NA** .

Please contact this office if you wish to discuss a reasonable payment arrangement or settlement of this debt or if you have any questions regarding this matter. **Any correspondence or payments on this account should be mailed to the above address with the MP&H File Number noted thereon.**

The purpose of this communication is to collect a debt and any information obtained will be used for that purpose. This communication is from a debt collector. Your cooperation is appreciated.

MCCULLOUGH PAYNE & HAAN, LLC