# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ELIZE SANCHEZ, individually and on behalf of a class, | ) ) ) | |
| Plaintiff, | ) | **Case: 15-cv-03096-LMM-WEJ** |
| v. | ) ) ) | |
| VELOCITY INVESTMENTS, LLC and MCCULLOUGH PAYNE & HAAN, LLC, | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF SHIMSHON WEXLER, ESQ.
## IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

Shimshon Wexler, an attorney admitted to practice before this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

1. This declaration is being submitted in response to Defendants' Opposition to Plaintiff's Motion for Class Certification ("Opposition") (Doc. 17).

2. Defendants have argued that the numerosity element of Rule 23(a)(1) has not been satisfied. Opposition pp. 5-6 of 19.

3. I received an email from Defendants' counsel which stated "It appears there were 57 letters sent out with the creditor identified as "Velocity Investments, LLC AAO TD BANK NORTH, NA." Attached hereto.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 7, 2015

/s/ Shimshon Wexler
Georgia Bar No. 436163



**Shimshon Wexler <swexleresq@gmail.com>**

---

## Sanchez v. MPH
1 message

---

**Whitlock, Kathryn S.** <kwhitlock@hptylaw.com>                    Fri, Oct 16, 2015 at 2:19 PM
To: Shimshon Wexler <swexleresq@gmail.com>

Shimshon:

Attached please find a draft Joint Preliminary Planning Report. Please make any edits you would like in Track Changes and return it to me for review. According to my calendar, it is due to be filed with the Court by October 24.

It appears there were 57 letters sent out with the creditor identified as "Velocity Investments, LLC AAO TD BANK NORTH, NA".

Kate

**Kathryn S. Whitlock**

*Partner*

**Hawkins Parnell Thackston & Young LLP**

303 Peachtree Street, NE, Suite 4000

Atlanta, GA 30308

**Direct** 404-614-7483 **Cell** 404-626-7047

**Office** 404-614-7400 **Fax** 404-614-7500

kwhitlock@hptylaw.com

**Atlanta | Austin | Charleston | Dallas | Los Angeles | Napa | New York | St. Louis | San Francisco**

hptylaw.com | LinkedIn | Twitter | Facebook | Google+

NOTICE: This e-mail message and all attachments are sent by or on behalf of an Attorney. The message and attachments are intended only for the addressee and are covered by the Electronic Communications Act, 18 U.S.C. §§ 2510-2521 as this communication may contain legally privileged and confidential information. Should the reader of

this message not be the intended addressee, employee, or agent responsible for delivering this message to the intended addressee, you are hereby notified that any dissemination, distribution, copying, or other use of this message and/or its attachments is strictly prohibited. If this message was received in error, please notify the sender immediately by replying to this message and then please delete the message and any attachments completely from your computer without reading, copying or forwarding to others.

 **11283434_1.doc**
78K