UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELIZE SANCHEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>VELOCITY INVESTMENTS, LLC and<br>McCULLOUGH PAYNE & HAAN, LLC,<br><br>                Defendants. | CIVIL ACTION FILE<br><br>NO. 1:15-cv-3096-LMM |

## J U D G M E N T

This action having come before the court, Honorable Leigh Martin May, United States District Judge, for consideration of Plaintiff's Notice of Acceptance of Defendants' Offer of Judgment Pursuant to Fed.R.Civ.P. 86, it is

**Ordered and Adjudged** that judgment shall be entered against Defendants in the amount of $1000.00 plus the costs of the action, together with a reasonable attorney's fees as determined by the Court.

Dated at Atlanta, Georgia, this 16th day of December, 2015.

JAMES N. HATTEN
CLERK OF COURT

By: *s/Denise D.M. McGoldrick*
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  December 16, 2015
James N. Hatten
Clerk of Court
By: *s/ Denise D.M. McGoldrick*
      Deputy Clerk