IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA

ELIZE SANCHEZ,

          Plaintiff,

vs.　　　　　　　　　　　　**Case No.: 1:15-CV-3096-LMM-WEJ**

VELOCITY INVESTMENTS, L.L.C.
and MCCULLOUGH PAYNE &
HAAN,LLC

          Defendants.

## PLAINTIFF'S PRELIMINARY MOTION FOR REASONABLE ATTORNEY'S FEES

Plaintiff hereby moves this Court for an award of attorney's fees in this case pursuant to Fed. R. Civ. P. 54(d)(2) and Local Rule 54.2 of this Court and states as follows:

1- This is an action brought under the Fair Debt Collection Practices Act ("FDCPA") *15 U.S.C. § 1692 et seq.*. The FDCPA authorizes statutory damages for a plaintiff of up to $1,000.

2- The Complaint in this action sought relief in the form of statutory damages only.

3- The Defendants sent Plaintiff an Offer of Judgment in which they offered Plaintiff $1,000. (Dkt 23-Exh. 1, Para. 1). Plaintiff accepted this offer of judgment. (Dkt. 23).

4- Plaintiff therefore received the maximum statutory damages available to her and is a successful plaintiff.

5- The FDCPA authorizes an award to any successful plaintiff a "reasonable attorney's fee as determined by the court." 15 U.S.C. § 1692k(a)(3).

6- The award of attorney's fees to a prevailing party in an FDCPA action is mandatory. *Zagorski v. Midwest Billing Services, Inc.,* 128 F.3d 1164, 1166 (7th Cir.1997)

7- In addition to being a successful plaintiff, the offer of judgment states that the judgment shall include "a reasonable attorney's fee as determined by the Court." (Dkt 23-Exh. 1, Para. 1).

8- Plaintiff is seeking approximately $14,000.00 in attorney's fees.

9- Pursuant to Local Rule 54.2 A. (2), within thirty after the filing of this motion, Plaintiff will file and serve a detailed specification and itemization of the requested award, with appropriate affidavits and other supporting documentation.

Dated: December 29, 2015 in Decatur, GA

        Respectfully Submitted,

        /s Shimshon Wexler (Bar No 436163)
        The Law offices of Shimshon Wexler, PC
        315 W Ponce de Leon Ave Suite 250
        Decatur, GA 30030
        212-760-2400
        917-512-6132 fax
        swexleresq@gmail.com

## CERTIFICATE OF COMPLIANCE

I hereby certify that 14 point Times New Roman was used for this document and that it has been formatted in compliance with Local Rule 5.4.

*/s/ Shimshon Wexler*
Georgia Bar No. 436163

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2015, I served "Plaintiff's Preliminary Motion for Reasonable Attorney's Fees" by filing it through the CM/ECF system, which will send notification to all counsel of record in this action.

*/s/ Shimshon Wexler*
Georgia Bar No. 436163