IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELIZE SANCHEZ,

      Plaintiff,

vs.                          Case No.: 1:15-CV-3096-LMM-WEJ

VELOCITY INVESTMENTS,
L.L.C. and MCCULLOUGH
PAYNE & HAAN, LLC

      Defendants.

## PLAINTIFF'S MOTION TO WITHDRAW PRELIMINARY MOTION FOR ATTORNEY'S FEES AND TO WITHDRAW BILL OF COSTS

Plaintiff respectfully asks that this Court withdraw Plaintiff's pending motion for attorney's fees (Dkt. 26) and withdraw Plaintiff's pending Bill of Costs (Dkt. 28).

Dated: January 19, 2016

                              Respectfully Submitted,

                                  /s Shimshon Wexler
                                The Law Offices of Shimshon Wexler
                                315 W Ponce de Leon Ave Suite 250
                                Decatur, GA 30030
                                212-760-2400
                                917-512-6132 fax
                                swexleresq@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2016 I filed via the CM/ECF system "PLAINTIFF'S MOTION TO WITHDRAW PRELIMINARY MOTION FOR ATTORNEY'S FEES AND TO WITHDRAW BILL OF COSTS".

/s Shimshon Wexler

## CERTIFICATE OF COMPLIANCE

I also certify that I have used Time New Roman 14 to prepare this Motion, the attached Declaration, Plaintiff's statement of Undisputed Facts and the memorandum of law in support.    /s Shimshon Wexler