IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA

ELIZE SANCHEZ,
on behalf of herself and all others
Similarly situated,
        Plaintiff,
vs.

Case No.: 1:15-CV-3096-LMM-WEJ

VELOCITY INVESTMENTS, L.L.C.
and MCCULLOUGH PAYNE &
HAAN, LLC

        Defendants.

## PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW PRELIMINARY MOTION FOR ATTORNEY'S FEES AND TO WITHDRAW PLAINTIFF'S BILL OF COSTS

The Motion for Plaintiff to withdraw the Motion for Attorney's Fees and to withdraw the Bill of Costs having been read and considered, IT IS HEREBY ORDERED that the Motion for Attorney's Fees is withdrawn (Dkt. 26) and the Bill of Costs (Dkt. 28) is withdrawn.

This 19th day of January, 2015.

*[signature]*
U.S.M.J./ U.S.D.J.